# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DERICK T. EDGE, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:22-cv-13 |
| v. | * | |
| RONNIE LEWIS; ADAM BELL; and MARK MELTON, | * | |
| Defendants. | * | |

## ORDER

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated March 10, 2022. Dkt. No. 10. In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's Complaint in its entirety. Dkt. No. 9. The Magistrate Judge recommended dismissal because Defendant Lewis is entitled to judicial immunity and Plaintiff failed to state a claim against Defendants Bell and Melton. Id. Plaintiff's Objections are limited to repeating the allegations in his Complaint. Dkt. No. 10. The Objections are conclusory and meritless. The Magistrate Judge correctly determined Plaintiff's Complaint is due to be dismissed.

AO 72A
(Rev. 8/82)

In sum, after an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff in forma pauperis status on appeal.

**SO ORDERED**, this ___25___ day of ___March___, 2022.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA